**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARY M. LIFE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-20373 GLT<br><br>Document No.: |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2022 and confirmed on 05/13/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,740.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,740.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,007.38 | |
|    Trustee Fee | 353.46 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,360.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE ET A | 0.00 | 4,090.49 | 0.00 | 4,090.49 |
|     Acct: 4217 | | | | |
|   US BANK NA - INDENTURE TRUSTEE ET A | 13,862.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 4217 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3976 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 4,412.79 | 0.00 | 0.00 | 0.00 |
|     Acct: E245 | | | | |
|   BRIDGECREST CREDIT COMPANY LLC | 11,500.00 | 1,344.55 | 939.12 | 2,283.67 |
|     Acct: 6601 | | | | |
| | | | | 6,374.16 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY M. LIFE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY M. LIFE | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-20373 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 3,400.00 | 1,007.38 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0373 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 441.41 | 0.00 | 0.00 | 0.00 |
| Acct: 2326 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 756.04 | 0.00 | 0.00 | 0.00 |
| Acct: 7847 | | | | |
| FIRST PREMIER BANK; JEFFERSON CAPI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 691.08 | 0.00 | 0.00 | 0.00 |
| Acct: 0990 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,515.28 | 0.00 | 0.00 | 0.00 |
| Acct: 5609 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC/ | 1,270.60 | 0.00 | 0.00 | 0.00 |
| Acct: 5065 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,976.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 509.44 | 0.00 | 0.00 | 0.00 |
| Acct: 8231 | | | | |
| LVNV FUNDING LLC | 432.32 | 0.00 | 0.00 | 0.00 |
| Acct: 1928 | | | | |
| LVNV FUNDING LLC | 633.03 | 0.00 | 0.00 | 0.00 |
| Acct: 3174 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 426.41 | 0.00 | 0.00 | 0.00 |
| Acct: 7053 | | | | |
| LVNV FUNDING LLC | 429.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1133 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | 6,379.16 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5.00 |
| SECURED | 29,774.91 |
| UNSECURED | 10,081.68 |

Date: 02/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com